In the Matter of the Application of ALBERT FRANCIS HAGAR, as Executor, etc., for an Order Extending the Time for Serving Case on Appeal, etc. In the Matter of the Judicial Settlement of the Second Intermediate Accounts of the Executors of JULIA LORILLARD BUTTERFIELD, Deceased.— Motion to extend time to make and serve case on appeal granted, with extension

of sixty days, without costs. Motion to consolidate the records upon the two pending appeals denied, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.